# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2026

SEAN F. McAVOY, CLERK

ECF No. 100

| | | | |
|---|---|---|---|
| U.S.A. vs. | Metsker, Jordan | Docket No. | 0980 1:25CR02143-RLP-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jordan Metsker, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 9th day of January 2026.

On February 6, 2026, additional conditions of pretrial  release were imposed by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom. Jordan Metsker remains on pretrial release under the following conditions:

Standard condition #12 (ECF No. 30): Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

Special Condition #2 (ECF No. 90): Defendant shall submit to random urinalysis testing as directed by the United States Probation/Pretrial Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 13, 2026, Ms. Metsker signed her initial conditions of release, ECF No. 30, acknowledging an understanding. On February 6, 2026, additional special conditions were imposed  by the court and Ms. Metsker signed those conditions on February 12, 2026, ECF No. 90, acknowledging an understanding.

**Violation #1**: Ms. Metsker is alleged to be in violation of her pretrial release conditions by consuming cocaine on or about February 8, 2026.

On February 12, 2026, Ms. Metsker reported to the probation office and met with United States Probation Officer (USPO) Mowatt. A random drug test was collected, which tested presumptive positive for cocaine and Suboxone. Ms. Metsker advised USPO Mowatt she had a prescription for Suboxone through Yakama Nation and would provide her prescription at her next office visit. Per USPO Mowatt, Ms. Mestker was hesitant to admit to cocaine use, but eventually stated she relapsed by consuming cocaine on February 8, 2026, during the Super Bowl football game.

**Violation #2**: Ms. Metsker is alleged to be in violation of her pretrial release conditions by consuming non-prescribed medication Suboxone on or about February 8, 2026.

On February 12, 2026, Ms. Metsker reported to the probation office and met with USPO Mowatt. A random drug test was collected, which tested presumptive positive for Suboxone. Ms. Metsker advised USPO Mowatt she had a prescription for Suboxone through Yakama Nation and would provide her prescription at her next office visit.

On February 17, 2026, the below said officer made telephone contact with Ms. Metsker. This officer asked her about sending confirmation of her prescription to USPO Mowatt as directed. She stated she did not have a prescription and was going to "go to my doctor today and get one." Ms. Metsker advised  she does not have a current prescription and stated "I have been using what I have left over when I get sick."

PS-8

**Re: Metsker, Jordan**
**February 19, 2026**
**Page 2**

On February 18, 2026, Ms. Metsker was directed to report to the probation office for a random drug test and to provide confirmation from her doctor of a valid Suboxone prescription. She failed to provide proof of a valid prescription and stated her doctor was out of the office.

**Violation #3**: Ms. Metsker is alleged to be in violation of her pretrial release conditions by consuming cocaine on or about February 14, 2026.

On February 18, 2026, Ms. Metsker reported to the probation office and met with USPO Balles. A random drug test was collected, which tested presumptive positive for cocaine.  Ms. Metsker admitted to USPO Balles she consumed cocaine on February 14, 2025, while "hanging out with friends."  The urine sample was sent to Abbott Laboratory for confirmation. She signed a drug use admission form.

**Violation #4**: Ms. Metsker is alleged to be in violation of her pretrial release conditions by consuming marijuana on or about February 15, 2026.

On February 18, 2026, Ms. Metsker reported to the probation office and met with USPO Balles. A random drug test was collected, which tested presumptive positive for marijuana.  Ms. Metsker admitted to USPO Balles she consumed a marijuana edible on February 15, 2025. The urine  sample was sent to Abbott Laboratory for confirmation. She signed a drug use admission form.

**Violation #5**: Ms. Metsker is alleged to be in violation of her pretrial release conditions by consuming non-prescribed medication Suboxone on or before February 18, 2026.

On February 18, 2026, Ms. Metsker reported to the probation office and met with USPO Balles. A random drug test was collected, which tested presumptive positive for Suboxone. Ms. Metsker did not address or admit to the positive result for Subxone, however, advised USPO Balles she was unable to secure a prescription from her doctor as they are out of the office. The urine sample was sent to Abbott Laboratory for confirmation.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    February 19, 2026

by    s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

**PS-8**

**Re: Metsker, Jordan**
**February 19, 2026**
**Page 3**

THE COURT ORDERS

[ ]    No Action

☒    The Issuance of a Warrant

[ ]    The Issuance of a Summons

[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ]    Defendant to appear before the Judge assigned to the case.

☒    Defendant to appear before the Magistrate Judge.

[ ]    Other

_Alexander C. Ekstrom_
Signature of Judicial Officer

2/19/2026
Date