# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2026

SEAN F. McAVOY, CLERK

ECF No. 104

U.S.A. vs.                Metsker, Jordan                Docket No.        0980 1:25CR02143-RLP-2

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jordan Metsker, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 9th day of January 2026.

On February 6, 2026, additional conditions of pretrial  release were imposed by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom. Jordan Metsker remains on pretrial release under the following conditions:

Standard condition #2 (ECF No. 30): Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 13, 2026, Ms. Metsker signed her initial conditions of release, ECF No. 30, acknowledging an understanding.

**Violation #6**: Ms. Metsker is alleged to be in violation of her pretrial release conditions by failing to report to the probation office on February 23, 2026, as directed.

On February 20, 2026, this officer made telephone contact with Ms. Metsker and directed her to report to the probation office for a random drug test at 9 a.m. on February 23, 2026. Ms. Mestker failed to report. This officer made telephone contact with her at 11 a.m. Ms. Metsker stated she "overslept and her alarm did not go off." This officer again directed her to report immediately to the office. Ms. Metsker then stated her "aunt died" and she "needed to find a ride."

To be noted, Ms. Metsker was given more than 24 hours notice to report to the probation office.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE-NOTED ALLEGATION WITH THE PENDING PETITIONS BEFORE THE COURT AND UPHOLD THE WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:        February 23, 2026

by        s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

PS-8

**Re: Metsker, Jordan**
**February 23, 2026**
**Page 2**

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[  ]     Other

_Alexander C. Ekstrom_
_____
Signature of Judicial Officer

2/24/2026
_____
Date