# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2026

SEAN F. McAVOY, CLERK

ECF No. 113

| | | | |
|---|---|---|---|
| U.S.A. vs. | Metsker, Jordan | Docket No. | 0980 1:25CR02143-RLP-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jordan Metsker, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 9th day of January 2026.

On February 6, 2026, additional conditions of pretrial  release were imposed by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom. Jordan Metsker remains on pretrial release under the following conditions:

Standard condition #12 (ECF No. 30): Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On January 13, 2026, Ms. Metsker signed her initial conditions of release, ECF No. 30, acknowledging an understanding. On February 6, 2026, additional special conditions were imposed  by the Court and Ms. Metsker signed those conditions on February 12, 2026, ECF No. 90, acknowledging an understanding.

**Violation #7**: Ms. Metsker is alleged to be in violation of her pretrial release conditions by consuming cocaine on or about February 23, 2026.

On February 23, 2026, Ms. Metsker reported to the probation office and was taken into custody by the United States Marshal Service on the federal warrant. While in custody, a random drug test was collected which tested presumptive positive for cocaine. The sample was sealed in front of Ms. Metsker and sent to Abbott Laboratory for confirmation. Ms. Mestker denied drug use and stated she last consumed cocaine on February 14, 2026.

On February 27, 2026, confirmation was received from Abbott Laboratory confirming a positive result for cocaine.

VIOLATION REPORT - REQUEST NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    March 2, 2026

by    s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

PS-8

**Re: Metsker, Jordan**
**March 2, 2026**
**Page 2**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]    Defendant to appear before the Judge assigned to the
     case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
  Signature of Judicial Officer

3/3/2026
_____
  Date