# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 22, 2026
SEAN F. MCAVOY, CLERK
ECF No 263

for

Eastern District of Washington

U.S.A. vs. Metsker, Jordan Docket No. 0980 1:25CR02143-RLP-2

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jordan Metsker, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 9th day of January 2026.

On February 6, 2026, additional conditions of pretrial release were imposed by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom. Jordan Metsker remains on pretrial release under the following conditions:

On January 13, 2026, Ms. Metsker signed her initial conditions of release, dated January 9, 2026, acknowledging an understanding.

On February 6, 2026, Ms. Metsker signed additional conditions of release imposed acknowledging an understanding.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The probation officer alleges the defendant has violated the following condition of pretrial supervision:

**Standard Condition #12**: Controlled Substances Prohibition: Defendant shall not use or possess any narcotic drug or other controlled substances as defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

**Violation #1**: On September 9, 2026, the defendant provided a confirmed positive urine sample for marijuana.

**Supporting Evidence**: On September 9, 2026, Ms. Metsker provided a urine sample at Triumph Treatment Services (Triumph), which tested presumptive positive for marijuana. The sample was sent to Drug Scan Laboratory. Results were received September 15, 2026, reflecting a positive reading for marijuana at 29.7 ng/mL.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS FOR MS. METSKER TO APPEAR BEFORE THE COURT AND ANSWER TO THE ABOVE-NOTED ALLEGATIONS

---

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 09/21/2026

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Alexander C. Ekstrom

Signature of Judicial Officer

09/21/2026

Date